1  Raymond M. Collins (#199071)
    rcollins@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP
3  199 S. Los Robles Avenue, Suite 600
4  Pasadena, California  91101-2459
   Tel: (626) 535-1900
5  Fax: (626) 577-7764

6  Attorneys for Defendant,
7  WACHOVIA MORTGAGE, a division of WELLS
   FARGO BANK, N.A., as successor through merger
8  of Wachovia Mortgage, FSB, formerly known as
   World Savings Bank, FSB, sued herein as "
9  Wachovia Bank" ("Wachovia")

10 Ali Nehme (#236360)
    nehme29@sbcglobal.net
11 LAW OFFICES OF ALI NEHME
12 1534 10th Ave Apt 3
   San Francisco, CA 94122
13 Tel:  (415) 254-8235
   Attorneys for Plaintiffs,
14 Guillermo Plascencia and
   Evangelina Plascencia
15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  GUILLERMO PLASCENCIA and<br>    EVANGELINA PLASCENCIA<br>20<br>21                    Plaintiffs,<br>22        vs.<br>23<br>24  WACHOVIA BANK, DOE CORPORATIONS<br>    1 – 10, DOES 1 – 10, inclusive,<br>25                    Defendants. | Case No.:  CV10-3552-RS<br><br>(Assigned to the Hon. Richard Seeborg,<br>District Judge, Courtroom 3 – 17th Floor)<br><br>**STIPULATION TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>Current date:           3/17/2011<br>Proposed New date:   5/1/2011 |

26

27 / / /

28 / / /

1    WHEREAS Plaintiffs GUILLERMO PLASCENCIA and EVANGELINA PLASCENCIA and Defendant WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., as successor through merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, named herein as "Wachovia Bank" ("Wachovia"), through their respective counsel of record, are attempting to resolve this matter without filing an amended complaint either through a stipulated dismissal or an unopposed motion to dismiss for failure to amend the complaint;

WHEREAS, Wachovia intends to file a motion to dismiss for failure to amend the complaint by March 14, 2011; and

WHEREAS, a case management conference is scheduled for March 17, 2011.

The parties respectfully request that the case management conference scheduled for March 17, 2011 be continued to at least May 1, 2011, or to a date convenient to the Court, so that Wachovia has time to file and the Court has the time to consider Wachovia's motion to dismiss for failure to amend the complaint.

IT IS SO STIPULATED.

Dated: March 10, 2011                LAW OFFICES OF ALI NEHME

By:   /s/ Ali Nehme
      Ali Nehme, Esq.
      nehme29@sbcglobal.com
Attorneys for Plaintiffs,
GUILLERMO PLASCENCIA and EVANGELINA PLASCENCIA

Dated: March 10, 2010                ANGLIN, FLEWELLING, RASMUSSEN
                                     CAMPBELL & TRYTTEN LLP

By:   /s/ Raymond M. Collins
      Raymond M. Collins
      rcollins@afrct.com
Attorneys for Defendant
WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., as successor through merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, named herein as "Wachovia Bank"

**ORDER ON STIPULATION**

Having read and filed the foregoing Stipulation, and good cause appearing:

IT IS ORDERED:

That the case management conference that is scheduled for March 17, 2011 is continued until ~~May 1, 2011~~ May 5, 2011 at 10:00 a.m. in Courtroom 3, or, until _____.

Dated: 3/10 _____, 2011

_____
Hon. Richard Seeborg
United States District Judge