**\*\*E-filed 4/5/2011\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUILLERMO PLASCENCIA, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>WACHOVIA BANK,<br><br>        Defendant.<br>_____/ | No. C 10-03552 RS<br><br>**ORDER DISMISSING ACTION** |

On January 26, 2011, an order entered dismissing the complaint in this action, but granting plaintiffs Guillermo and Evangelina Plascencia twenty days leave to amend. When the Plascencias failed to file an amended complaint, defendant Wachovia Mortgage[1] moved to dismiss the action and enter judgment in its favor. Counsel for the Plascencias has filed a "statement of non-opposition," asserting that he has lost contact with the Plascencias and is aware of no additional facts or claims that could be alleged to address the issues identified in the January 26th order. This

---

[1] Wachovia, which was sued herein as "Wachovia Bank," was formerly known as World Savings Bank, and has since become a division of Wells Fargo Bank, N.A.

matter is suitable for disposition without oral argument, pursuant to Civil Local 7-1(b), and the hearing set for April 28, 2011 is vacated.  Good cause appearing, Wachovia's motion is granted, and this action is dismissed with prejudice.  A separate judgment will enter.

IT IS SO ORDERED.

Dated:  4/5/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE